IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-00029-RPM

AVEX, LLC,

    Plaintiff,

vs.

ESSENTIAL, INC,

    Defendant.

_____

ORDER OF DISMISSAL
_____

Pursuant to The Stipulated Dismissal of Action, with Prejudice [15] filed today, it is

ORDERED that this action is dismissed with prejudice, each party to bear their respective attorney fees and costs.

DATED: August 26th, 2014

                        BY THE COURT:

                        s/Richard P. Matsch

                        _____
                        Richard P. Matsch, Senior Judge